Michael N. Zachary (SBN 112479)
mzachary@bdiplaw.com
Nicholas S. Mancuso (SBN 271668)
nmancuso@bdiplaw.com
Hillary N. Bunsow (SBN 278719)
hillarybunsow@bdiplaw.com
**BUNSOW DE MORY LLP**
701 El Camino Real
Redwood City, CA 94063
Telephone:    (650) 351-7248
Facsimile:    (650) 351-7253

*Attorneys for Plaintiff*
*Larry G. Philpot*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY G. PHILPOT,<br><br>       Plaintiff,<br><br>   v.<br><br>KOS MEDIA LLC,<br><br>       Defendant. | CASE NO. 18-cv-04100-TSH<br><br>**STIPULATED DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and the terms of a separate settlement agreement, Plaintiff Larry G. Philpot ("Plaintiff") and Defendant KOS Media LLC ("Defendant") hereby stipulate to the dismissal with prejudice of this action.  The parties agree that any action or other proceeding to enforce or otherwise relating to the terms of this Stipulated Dismissal With Prejudice and the parties' separate settlement agreement shall remain subject to the jurisdiction of this Court pursuant to *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381-82 (1994), each party agreeing to waive any objections to such jurisdiction based upon personal jurisdiction or venue, and agreeing that this Court shall retain and shall have exclusive jurisdiction over the matter.

Respectfully submitted,

Dated: August 28, 2019

By: */s/ Hillary Bunsow*
Michael N. Zachary (SBN 112479)
mzachary@bdiplaw.com
Nicholas S. Mancuso (SBN 271668)
nmancuso@bdiplaw.com
Hillary N. Bunsow (SBN 278719)
hillarybunsow@bdiplaw.com
**BUNSOW DE MORY LLP**
701 El Camino Real
Redwood City, CA 94063
Telephone:   (650) 351-7248
Facsimile:   (650) 351-7253

*Attorneys for Plaintiff*
*Larry G. Philpot*

Dated: August 28, 2019

By: */s/ Garner Weng*
Garner K. Weng (SBN 191462)
gweng@hansonbridgett.com
Robert A. McFarlane (SBN 172650)
rmcfarlane@hansonbridgett.com
Rosanna W. Gan (SBN 325145)
rgan@hansonbridgett.com
**HANSON BRIDGETT LLP**
425 Market St., 26th Floor
San Francisco, CA 94105
tel. (415) 777-3200
fax (415) 541-9366

*Attorneys for Defendant*
*KOS Media LLC*

## ATTESTATION OF E-FILED SIGNATURE

Pursuant to Local Rule 5-1(i)(3), I hereby certify that I have obtained the concurrence in the filing of this document from all signatories for whom a signature is indicated by a "conformed" signature (/ s /) within this electronically filed document and I have on file records to support this concurrence for subsequent production to the Court if so ordered or for inspection upon request.

Dated: August 28, 2019                                  By: */s/ Hillary Bunsow*
                                                            Hillary N. Bunsow

                                                        *Attorneys for Plaintiff*
                                                        *Larry G. Philpot*

STIPULATED DISMISSAL WITH            2             CASE NO. 18-cv-04100-TSH
PREJUDICE AND [PROPOSED]
ORDER

# [PROPOSED] ORDER

Pursuant to the foregoing stipulation of the parties and good cause appearing,

**IT IS SO ORDERED.**

Dated: _____        _____
                                Honorable Thomas S. Hixson
                                United States Magistrate Judge